1  JASON M. JOYAL, SBN 251168
   jason.joyal@kelly-ip.com
2  KELLY IP, LLP
   1300 19th Street NW, Suite 420
3  Washington, DC 20036
4  Telephone:    202-808-3570
   Facsimile:    202-354-5232
5
   Attorneys for Plaintiff
6  TEXTNOW, INC.

**IT IS SO ORDERED AS MODIFIED**
Judge Araceli Martínez-Olguín

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11 TEXTNOW, INC.,                          Case No. 3:25-cv-04044-AMO

12         Plaintiff,                      Assigned to: Judge Araceli Martínez-Olguín

13     v.                                  ~~[PROPOSED]~~ **ORDER ON JOINT ADMINISTRATIVE MOTION TO APPEAR REMOTELY AT CASE MANAGEMENT CONFERENCE**

14 ATLASV, INC.,

15         Defendant.

16                                         CMC Date:     August 28, 2025
                                           Time:         ~~10:00 A.M.~~ 10:30 a.m.
17                                         Courtroom:    10

18                                         Complaint Filed:  May 9, 2025
                                           Trial Date:       None Set
19

20

21     Before the Court is Plaintiff TextNow, Inc. ("Plaintiff") and Defendant AtlasV, Inc.

22 ("Defendant") joint administrative motion to conduct the August 28, 2025 Initial Case

23 Management Conference in the above-referenced matter via remote videoconference and/or

24 telephone. Having considered the Parties' joint motion and, good cause appearing, the Parties'

25 Motion is GRANTED. The August 28, 2025 Initial Case Management Conference will be

26 conducted remotely at 10:30 a.m.

27

28

Case No.3:25-cv-04044-AMO
~~[PROPOSED]~~ ORDER ON JOINT ADMINISTRATIVE MOTION TO APPEAR REMOTELY AT CASE MANAGEMENT CONFERENCE