UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXTNOW, INC.,<br><br>       Plaintiff,<br><br>  v.<br><br>ATLASV, INC.,<br><br>       Defendant. | Case No. 25-cv-04044-AMO<br><br>**SCHEDULING ORDER** |

Having reviewed the parties' joint case management statement, ECF 24, the Court **SETS** the following deadlines in this matter and **VACATES** the case management conference currently set for August 28, 2025.

| Event | Deadline |
|---|---|
| **Parties to exchange initial disclosures** | September 4, 2025 |
| **Deadline to file stipulated protective order** | September 11, 2025 |
| **Deadline to add parties or amend pleadings** | November 10, 2025 |
| **Close of fact discovery** | March 2, 2026 |
| **Parties to provide initial expert disclosure(s) and report(s)** | March 23, 2026 |
| **Parties to identify rebuttal expert(s) and provide rebuttal expert report(s)** | April 23, 2026 |
| **Close of expert discovery** | May 14, 2026 |
| **Defendant to file summary judgment motion**[1] | June 15, 2026 |
| **Plaintiff to file opposition to summary judgment motion and Daubert motion(s)**[2] | July 15, 2026 |

---

[1] Should the parties anticipate cross-motions, they must file a revised proposed briefing schedule, in accordance with the sequencing set forth in the Court's Standing Order for Civil Cases, at least 30 days before summary judgment briefing commences.

[2] Daubert opening briefs shall not exceed 5 pages. Daubert opposition briefs shall not exceed 5 pages. Daubert replies shall not exceed 3 pages.

| Event | Deadline |
|---|---|
| Defendant to file reply in support of summary judgment motion, Daubert motion(s), and opposition(s) to Plaintiff's Daubert motion(s) | July 29, 2026 |
| Plaintiff to file reply in support of Daubert motion(s) and opposition(s) to Defendant's Daubert motion(s) | August 7, 2026 |
| Defendant to file reply in support of Daubert motion(s) | August 14, 2026 |
| Hearing on summary judgment and Daubert motions | To be set by the moving party based on the Court's availability at the time of filing. *See* CALENDAR (uscourts.gov) |
| Pretrial conference statement | January 19, 2027 |
| Pretrial conference | February 4, 2027 at 11:00 a.m. |
| Jury Trial (3 days) | March 9, 2027 at 8:30 a.m. |

Any party may seek modification of this Order for good cause. A request for an extension of any deadline set forth above must be filed at least seven days prior to the expiration of that deadline and comply with Civil Local Rule 6-2 or 6-3 as appropriate.

Any request for an extension must be accompanied by a proposed order that includes a chart in the following format, with a Word version emailed to amopo@cand.uscourts.gov. *See* Civil L.R 5-1(f).

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
|  |  |  |

**IT IS SO ORDERED.**

Dated: August 22, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**